**Slip Op. 23-189**

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| BROOKLYN BEDDING, LLC, *et al.*,<br>        *Plaintiffs*,<br>v.<br>UNITED STATES,<br>        *Defendant*. | Ct. No. 21-00285<br>Before: M. Miller Baker, Judge |

**ORDER**

[The court sustains the Department of Commerce's remand redetermination.]

Dated: December 22, 2023

*Baker*, Judge: This antidumping duty case has returned from a remand in which the court ordered the Department of Commerce to verify a Thai mattress importer's data insofar as the Department relied upon that data. The importer thereafter withdrew from both the Commerce proceedings and this litigation. No remaining party opposes the remand redetermination, and the court therefore sustains it. A separate judgment will enter. *See* USCIT R. 58(a).

Dated:    December 22, 2023        /s/ *M. Miller Baker*
          New York, New York       M. Miller Baker, Judge